IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAKAN SENALAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 13 C 05161 |
| | ) | |
| MARK C. CURRAN, JR. et. al., | ) | Judge Edmond E. Chang |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

NOW COMES STONE & ASSOCIATES, LTD., attorneys for HAKAN SENALAN, Plaintiff, and move this Honorable Court to enter an order allowing STONE & ASSOCIATES, LTD. to withdraw as attorneys herein, and in support of said Motion, state as follows:

1. STONE & ASSOCIATES, LTD., are the attorneys of record for HAKAN SENALAN, Plaintiff.

2. Irreconcilable differences have arisen between HAKAN SENALAN and Stone & Associates, Ltd. making continued representation impossible.

3. HAKAN SENALAN has failed to remain in contact and cooperate with STONE & ASSOCIATES, LTD.

4. HAKAN SENALAN has failed to listen to advise given to him by STONE & ASSOCIATES, LTD. in regards to settlement.

5. HAKAN SENALAN has failed to consult with STONE & ASSOCIATES, LTD. and provide information necessary to comply with discovery.

6.    Said HAKAN SENALAN , is hereby advised that in order to ensure a notice of any action in the above entitled cause, that he should either retain other counsel or, within twenty-one (21) days after entry of the order to withdraw, HAKAN SENALAN should file his supplemental appearance stating an address at which service of notice may be made.

WHEREFORE, STONE & ASSOCIATES, LTD., ask leave to withdraw.

Respectfully submitted,

/s/ Jed H. Stone
One of the Attorneys for HAKAN SENALAN

STONE & ASSOCIATES, LTD.
415 West Washington St., Ste 107
Waukegan, IL 60085
847.336-7888